1  RUSSELL, MIRKOVICH & MORROW
   Joseph N. Mirkovich (SBN 45644)
   jmirkovich@rumlaw.com
2  Margaret E. Morrow (SBN 145306)
   mmorrow@rumlaw.com
3  One World Trade Center, Suite 1660
   Long Beach, California 90831-1660
4  (562) 436-9911 fax (562) 436-1897
   Attorneys for Plaintiff
5  Agro Trading International, LLC,
   a Florida limited liability company
6
7  B. Alexander Moghaddam (SBN 141199)
   Law Office of Alexander Moghaddam, PC
   10250 Constellation Blvd., Suite 2320
8  Los Angeles, CA 90067
   Telephone: (310) 315-3442
9  Fax: (310) 315-4144
   alex@moghaddamlaw.com
10 Attorneys for Defendant
   A.P. Moller - Maersk A/S
11 dba Maersk Line, erroneously sued herein as
   Maersk Line Limited

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRO TRADING INTERNATIONAL, LLC, a Florida Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>MAERSK LINE LIMITED, a Delaware corporation; DOES 1 through 100, inclusive<br><br>Defendants. | Case No. CV 14-3567 PA (JCGx)<br><br>ORDER ON<br>**STIPILATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATIED AND AGREED, pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff AGRO

- 1 -
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

TRADING INERNATIONAL, LLC and Defendant A.P. MOLLER – MAERSK A/S dba MAERSK LINE, erroneously sued herein as MAERSK LINE LIMITED, through their attorneys of record, that the above-captioned action, in its entirety, be and hereby is dismissed with prejudice, with each party to bear its own costs.

Dated: January 28, 2015

RUSSELL, MIRKOVICH & MORROW

By: /s/ M. Morrow
Margaret E. Morrow
Attorneys for Plaintiff
Agro Trading International, LLC

Dated: January 28, 2015

LAW OFFICES OF ALEXANDER MOGHADDAM, PC

By: /s/
B. Alexander Moghaddam
Attorneys for Defendant
A.P. Moller-Maersk A/S dba Maersk Line, erroneously sued herein as Maersk Line Limited

IT IS SO ORDERED
Dated 1/31/15

_____
United States District Judge

-2-
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE